### J. D. GILLMORE v. NEWSOM GARRETT.

1. APPEAL FROM JUSTICE'S COURT.  No appeal from the District Court to the Supreme Court is allowed in cases appealed from a Justice's Court.
2. Nichols v. Poge, 34 Texas, 333, adhered to.

APPEAL from Colorado.   Tried below before the Hon. Livingston Lindsay.

*John T. Harcourt,* for appellant.

GOULD, J.   Case was appealed from the Justices' Court to the District Court, and must be dismissed for want of jurisdiction.   In more than one decision at the late Tyler session, we have followed the case of Nichols v. Poge (34 Texas, 333), and other decisions, holding that the judgment of the District Court is, in such cases, final.

It is not professed to discuss the question, but simply to announce that it has been maturely considered, and that we regard it as settled.

The case is dismissed.

Dismissed.